UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALFREDO P. CHACON, SR., et al.,

    Plaintiffs,

    v.

ASTRAZENECA PHARMACEUTICALS LP, et al.,

    Defendants.

_____/

No. C 12-3809 PJH

**ORDER**

The court is in receipt of a chambers copy of a motion to remand filed by plaintiffs in the above-entitled action on July 31, 2012. The court cannot consider the motion in the format presented. First, there are approximately 30 exhibits that are attached to the memorandum of points and authorities, but which are unaccompanied by any declaration or request for judicial notice. The court will not consider exhibits submitted with a motion unless they are authenticated by a declaration, or if self-authenticating, are at a minimum attached to a declaration that explains what they are, see Fed. R. Evid. 901, 902; Civ. L.R. 7-2(d), 7-5; or if subject to judicial notice, are attached to an appropriate request for judicial notice. See Fed. R. Evid. 201.

Second, the exhibits are not tabbed. It is not possible for the court to locate particular exhibits in a large stack of paper unless the exhibits are tabbed. The court has many many cases on its docket, and will not consider any exhibits that it cannot locate with reasonable facility.

**IT IS SO ORDERED.**

Dated: August 1, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge