```
 1  Lowell W. Finson, Esq. (CA 275586)
    Phillips Webster
 2  CITIGROUP CENTER BUILDING
    444 S. Flower St., 33rd Floor
 3  Los Angeles, CA  90071
    Tel:   (213) 808-6741
 4  Fax:   (213) 330-0231
 5  lowell@justiceforyou.com

 6  Attorney for Plaintiffs

 7
                   UNITED STATES DISTRICT COURT
 8
                   NORTHERN DISTRICT OF CALIFORNIA
 9
                        OAKLAND COURTHOUSE
10

11  ALFREDO P. CHACON, et al.         Case No. 4:12-cv-03809-PJH
12                        Plaintiffs, STIPULATION AND [PROPOSED]
                                      ORDER REMANDING THIS CASE
13  vs.                               TO CALIFORNIA STATE COURT

14  ASTRAZENECA PHARMACEUTICALS,
    et al.,
15
                          Defendants.
16
```

17

18        **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned

19  parties and pursuant to Civil Local Rule 7-12, that this case be remanded to the Superior

20  Court of California, County of Monterey, on the ground that there presently is incomplete

21  diversity of citizenship as to the parties. Each party is to bear its own attorneys' fees and

22  costs.

23  DATED: August 8, 2012            KING & SPALDING LLP

24
                                     By: _____
25
                                     WILLIAM E. STEIMLE
26                                   Attorney for Defendants
                                     ASTRAZENECA PHARMACEUTICALS
27                                   LP AND ASTRAZENECA LP

28
                                     -1-
    STIPULATION AND [PROPOSED] ORDER REMANDING THIS CASE TO CALIFORNIA STATE COURT

1 | DATED: August 8, 2012          PHILLIPS WEBSTER

2

3

4                                  By: _____
                                   LOWELL FINSON
5                                  Attorneys for Plaintiffs

6          IT IS SO ORDERED

7 | DATED: August 9, 2012_         _____
                                   PHYLLIS J. HAMILTON
8                                  United States District Judge

*[Seal: IT IS SO ORDERED / Judge Phyllis J. Hamilton / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

-2-

STIPULATION AND [PROPOSED] ORDER REMANDING THIS CASE TO CALIFORNIA STATE COURT