1  Lowell W. Finson, Esq. (CA 275586)
   Phillips Webster
2  CITIGROUP CENTER BUILDING
   444 S. Flower St., 33rd Floor
3  Los Angeles, CA  90071
   Tel:   (213) 808-6741
4  Fax:   (213) 330-0231
5  lowell@justiceforyou.com

6  *Attorney for Plaintiffs*

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                           OAKLAND COURTHOUSE
10

11 | ALFREDO P. CHACON, et al.           | Case No. 4:12-cv-03809-PJH
12 |                                      |
   |                        Plaintiffs,  | STIPULATION AND [PROPOSED]
13 | vs.                                  | ORDER REMANDING THIS CASE
   |                                      | TO CALIFORNIA STATE COURT
14 | ASTRAZENECA PHARMACEUTICALS,         |
   | et al.,                              |
15 |                                      |
   |                        Defendants.  |
16

17

18      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned

19 parties and pursuant to Civil Local Rule 7-12, that this case be remanded to the Superior

20 Court of California, County of Monterey, on the ground that there presently is incomplete

21 diversity of citizenship as to the parties. Each party is to bear its own attorneys' fees and

22 costs.

23 DATED: August 8, 2012           KING & SPALDING LLP

24

25                                 By: _____
26                                 WILLIAM E. STEIMLE
                                   Attorney for Defendants
27                                 ASTRAZENECA PHARMACEUTICALS
                                   LP AND ASTRAZENECA LP
28
                                         -1-

| | | |
|---|---|---|
| 1 | DATED: August 8, 2012 | PHILLIPS WEBSTER |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| | | LOWELL FINSON |
| | | Attorneys for Plaintiffs |
| 5 | | |
| 6 | IT IS SO ORDERED | |
| 7 | DATED: August 9, 2012 | |
| 8 | | PHYLLIS J. HAMILTON |
| | | United States District Judge |

*[Seal: IT IS SO ORDERED — Judge Phyllis J. Hamilton — Northern District of California]*

-2-

STIPULATION AND [PROPOSED] ORDER REMANDING THIS CASE TO CALIFORNIA STATE COURT